1  James A. Lassart – 40913
   Adrian G. Driscoll – 95468
2  James F. Monagle – 236638
   MURPHY, PEARSON, BRADLEY & FEENEY
3  88 Kearny Street, 10th Floor
   San Francisco, CA  94108-5530
4  Tel:    (415) 788-1900
   Fax:    (415) 393-8087
5
   Attorneys for Defendants
6  SHIR MARTIAL ARTS, LLC, a California
   Limited liability company, f/k/a PALLEN M2-
7  SHIR, LLC; SAMAR SHIRMOHAMADI,
   MANUCHEHR SHIRMOHAMADI, and
8  MARJAN MAHJOURI

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | FE PALLEN, an individual, | Case No.: 14-cv-02742-JST
15 |     Plaintiff, | Related Case Nos.:  13-cv-05898 JST
   |                 |                    14-cv-02433-JST
16 | v. | **[PROPOSED]** ORDER EXTENDING
17 | SHIR MARTIAL ARTS, LLC, a California limited | **MEDIATION DEADLINE**
   | liability company, f/k/a PALLEN M2-SHIR, LLC; |
18 | SAMAR SHIRMOHAMADI; MANUCHEHR |
   | SHIRMOHAMADI; MARJAN MAHJOURI, | Complaint Filed:  June 13, 2014
19 |     Defendants. | Trial Date:       October 19, 2015

1  PURSUANT TO THE FOREGOING STIPULATION, and good cause appearing therefor, the Court hereby grants the Parties additional time to complete mediation in this matter. The parties shall complete mediation on or before September 5, 2014.

IT IS SO ORDERED.

DATED: July 16, 2014

IT IS SO ORDERED

Judge Jon S. Tigar

- 1 -